```
         IN THE UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF ARKANSAS
                   WESTERN DIVISION
```

MARY JO WORLEY AND
ELLEN M. KANATZAR                                          PLAINTIFFS

v.                    CASE NO.: 4:07-cv-227-RSW

UNUM LIFE INSURANCE
COMPANY OF AMERICA AND                                     DEFENDANTS
UNUMPROVIDENT CORPORATION

## ORDER

On February 27, 2008, the parties filed a Stipulation of Dismissal with Prejudice under Fed.R.Civ.P. 41(a)(1)(ii) (doc. #39). The Court **ACCEPTS** the stipulation and **ORDERS** the Clerk of Court to enter judgment dismissing this case with prejudice. All motions still pending in the case are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated this 28th day of February, 2008.

*/s/ Rodney S. Webb*
RODNEY S. WEBB, District Judge
United States District Court