IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARY JO WORLEY AND
ELLEN M. KANATZAR                                                                 PLAINTIFFS

v.                                                 No. 4:07cv227 RSW

UNUM LIFE INSURANCE
COMPANY OF AMERICA AND
UNUMPROVIDENT CORPORATION                                               DEFENDANTS

J U D G M E N T

In accordance with the Stipulation of Dismissal With Prejudice (doc. 39) and the Order entered by the Court (doc. 40), this case is dismissed with prejudice.

Entered this 28th day of February, 2008.

JAMES M. MCCORMACK, CLERK

By: /s/ Mary Ann Rawls
      Deputy Clerk